[No. 12961-6-III.   Division Three.   May 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN J. CHRISTOPHERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-1-00319-9, Yancey Reser, J., entered December 7, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 12948-9-III.   Division Three.   May 26, 1994.]

CARL F. BRUNJES, *Respondent*, v. J. REED DUNKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-05181-4, Michael E. Donohue, J., entered December 14, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 15235-5-II.   Division Two.   May 27, 1994.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. PAC, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-01676-2, J. Kelley Arnold, J., entered July 18, 1991. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 30473-9-I.   Division One.   May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE MERALE CAGEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00016-7, David A. Nichols, J., entered April 1, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Baker and Agid, JJ.